ILND 245C (Rev. 08/02/2016) Amended Judgment in a Criminal Case    (Note: Identify Changes with Asterisks (*))
Sheet 1



# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 89 CR 908-22 |
| Derrick Kees | USM Number: 00301-424 |
|  | Scott Jay Frankel |
|  | Defendant's Attorney |

**Date of Original Judgment: 7/10/1996**
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☒ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b)(2) (B) and (C))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1,2,3,4,5,8, 61of Original Indictment
☐ pleaded nolo contendere to count(s)        which was accepted by the court.
☐ was found guilty on count(s)        after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1962(c) | Racketeering Conspiracy | | 1 |
| 18 U.S.C. § 1962(d) | Racketeering | | 2 |
| 21 U.S.C. § 846 | Drug Conspiracy | | 3 |
| 18 U.S.C. § 1959(a)(5) (formerly 18 U.S.C. §1952B(a)(5)) & 2 | Violent Crime in Aid of Racketeering Activity | | 4 |
| 18 U.S.C. § 1959(a)(3) (formerly 18 U.S.C. § 1952(B)(a)(3)) & 2 | Violent Crime in Aid of Racketeering Activity | | 5 |
| 18 U.S.C. § 1958(a) (Formerly 18 U.S.C. § 1952A(a)) & 2 | Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire | | 8 |
| 21 U.S.C. § 843(b), | Use of Communication Facility in the Commission of a Drug Offense | | 61 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. **Other than the amendments or modifications stated in this judgment, the judgment previously entered shall stand. (See attachments)**

☐ The defendant has been found not guilty on count(s)

☒ Count(s) any remaining counts dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/28/2016

Date of Imposition of Judgment

_/s/ Rebecca R. Pallmeyer_
Signature of Judge

Rebecca R. Pallmeyer, U. S. District Judge
Name and Title of Judge

Date   Dec. 1, 2016

ILND 245C (Rev. 08/02/2016) Amended Judgment in a Criminal Case (Note: Identify Changes with Asterisks (*))
Sheet 2 – Imprisonment
Judgment – Page 3 of 3

Case: 1:89-cr-00908 Document #: 5873 Filed: 12/01/16 Page 3 of 3 PageID #:10173

DEFENDANT: DERRICK KEES
CASE NUMBER: 89 CR 908-22

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
* 2 Years on Count 1, 2 Years on Count 2, 2 Years on Count 3, 2 Years on Count 4, 2 Years on Count 5, 1 Years on Count 8, and 1 Year on Count 61, all to run consecutively for a total of 12 Years.

- ☐ The court makes the following recommendations to the Bureau of Prisons:
- ☒ The defendant is remanded to the custody of the United States Marshal.
- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at          on
  - ☐ as notified by the United States Marshal.
- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2:00 pm on
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL